TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MARK J. MCDONALD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Email: mark.mcdonald2@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,106,775.00 in U.S. Currency,<br><br>Defendant. | Case No. 3:20-cv-00158-MMD-CSD<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to the Court's Order entered on August 4, 2026, the United States of America, through its undersigned counsel, and Oak Porcelli ("Claimant"), through his undersigned counsel, met and conferred to discuss the next steps that should be taken to move this case forward. *See* Dkt. No. 113.

The parties agree and recommend that Claimant be afforded an opportunity to file an amended motion to suppress and request for an evidentiary hearing and oral argument to address developments in this case and in applicable case law. *See* Dkt. No. 14 (original filing). Furthermore, the parties agree the concurrently filed declarations of Oak Porcelli and Gina Pennock shall not be amended. *See* Dkt. Nos. 14-1 and 14-2. The parties respectfully request the Court enter the below stipulated order which establishes a briefing schedule for Claimant's amended motion to suppress and request for an evidentiary hearing and oral argument. The United States intends to address Claimant's request for an evidentiary hearing and oral argument in its response. Should the Court order an evidentiary hearing and/or oral argument, the parties agree the Court may select a date for the hearing.

The parties stipulate to the following briefing schedule:

a. Amended Motion and Requests due August 21, 2026;

b. Response due September 4, 2026; and

c. Reply due September 14, 2026.

This Stipulation contains the entire agreement between the parties.

Dated: August 14, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

*/s/ Mark J. McDonald*
MARK J. MCDONALD
Assistant U.S. Attorney

Dated: August 14, 2026

*/s/ David Michael*
DAVID MICHAEL
Michael & Burch, LLP
Counsel for Claimant Oak Porcelli

**ORDER**

IT IS HEREBY ORDERED that Claimant Oak Porcelli shall file an amended motion to suppress and request for an evidentiary hearing and oral argument by August 21, 2026, that the United States of America shall file its response by September 4, 2026, and that Claimant may file a reply by September 14, 2026. A hearing may be scheduled pending further order of the Court.

DATED THIS 17th day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE